UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOL KIM, and others,<br><br>    Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>    Defendant. | Case No. 21-cv-03681-NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Lucy H. Koh for consideration of whether the case is related to 5:21-cv-03577 LHK, *Matthew Amans v. Tesla, Inc.*

**IT IS SO ORDERED.**

Dated: May 18, 2021

                                                                         _____
                                                                         NATHANAEL M. COUSINS
                                                                         United States Magistrate Judge

Case No. 21-cv-03681 NC
SUA SPONTE JUDICIAL REFERRAL