United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW AMANS,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA, INC.,<br><br>    Defendant. | Case No. 21-CV-03577-LHK<br><br>**ORDER RELATING CASES**<br><br>Re: Dkt. No. 10 |

Pursuant to Local Rule 3-12(b), the Court concludes that *Kim v. Tesla, Inc.*, No. 21-CV-3681-NC (N.D. Cal. filed May 17, 2018), is related to the above-captioned case. The Court consolidates these class action cases.

**IT IS SO ORDERED.**

Dated: July 16, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 21-CV-03577-LHK
ORDER RELATING CASES

1