UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BABAK MALEK,<br><br>            Plaintiff,<br><br>     v.<br><br>TESLA, INC.,<br><br>            Defendant. | Case No.  5:21-cv-05528 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Lucy H. Koh for consideration of whether the case is related to 5:21-cv-03577 LHK, *Matthew Amans v. Tesla, Inc.*

**IT IS SO ORDERED.**

Dated:  July 22, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-cv-05528 NC
SUA SPONTE JUDICIAL REFERRAL