COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (SBN 194463)
(wsomvichian@cooley.com)
DANIELLE C. PIERRE (SBN 300567)
(dpierre@cooley.com)
SHARON SONG (SBN 313535)
(ssong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
Tesla, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:21-cv-03577-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    August 18, 2021<br>Time:   2:00 PM<br>Dept:    Hon. Lucy H. Koh |
| SOL KIM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:21-cv-03681-LHK |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
CASE NO. 5:21-CV-03577-LHK**

**JOINT CASE MANAGEMENT STATEMENT**

Plaintiffs Matthew Amans ("*Amans* Plaintiff"), Sol Kim, Aaron Mandell, Alissa Beth Cohen Mandell, Mattias Astrom, Arpan Patel, Anupama Vivek, Jerin Zachariah, and Peter Burns ("*Kim* Plaintiffs") (collectively "Plaintiffs") and defendant Tesla, Inc. ("Tesla") (collectively, "Parties"), by and through their respective counsel of record, hereby jointly submit this Case Management Statement pursuant to Civil Local Rule 16-9, the Standing Order for All Judges of the Northern District of California, Federal Rule of Civil Procedure 26(f), and the Clerk's Notice setting the Initial Case Management Conference for August 18, 2021 (ECF No. 8).[1]

This consolidated action currently includes two of three pending putative class actions in the U.S. District Court for the Northern District of California each alleging that Tesla's price increase on its solar roof contracts violates California law: *Matthew Amans v. Tesla, Inc.,* Case No. 5:21-cv-03577-LHK ("*Amans* Action") and *Sol Kim et al. v. Tesla, Inc.*, Case No. 5:21-cv-03681-LHK ("*Kim* Action") (ECF No. 17) (collectively the "Consolidated Action"). The third case, *Babak Malek v. Tesla, Inc.*, Case No. 5:21-cv-05528-NC ("*Malek* Action"), is currently pending before the Honorable Nathanial M. Cousins.

*Amans* Plaintiff filed his complaint against Tesla on May 12, 2021. *See Amans* Action, ECF No. 1. Thereafter, on May 17, 2021, represented by separate counsel, *Kim* Plaintiffs filed their complaint against Tesla. *See Kim* Action, ECF No. 1.

On May 18, 2021, Magistrate Judge Cousins issued a Sua Sponte Judicial Referral for Purpose of Determining Relationship, referring the *Kim* Action to this Court for consideration of whether it is related to the *Amans* Action. *See Kim* Action, ECF No. 7. To conserve party and judicial resources, on June 30, 2021, the Parties in both actions filed stipulations extending the time for Tesla to respond to each of the *Amans* and *Kim* complaints to August 18, 2021, pending the Court's decision regarding whether to relate the cases. *See Amans* Action, ECF No. 16; *Kim* Action ECF No. 18. On July 16, 2021, this Court issued an order relating the *Amans* Action with the *Kim* Action. *See* ECF No. 17. The Court also consolidated the cases. *Id*.

---

[1] The Parties expressly reserve all of their rights and defenses, and, by entering into this Joint Case Management Statement, in no way intend to waive any rights and defenses they may wish to exercise or assert in these actions or any related actions.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
CASE NO. 5:21-CV-03577-LHK

Pursuant to Local Rule 16-8(c) and ADR Local Rule 3-5(b), counsel for *Amans* Plaintiff and counsel for *Kim* Plaintiffs have together met and conferred with counsel for Tesla regarding the selection of an ADR process. The Parties are still working towards reaching agreement on an ADR process and intend to continue these discussions leading up to the Case Management Conference.

On July 20, 2021, plaintiff Babak Malek, represented by separate counsel than the *Amans* or *Kim* Plaintiffs, filed his complaint against Tesla. *See Malek* Action, ECF No. 1. On July 22, 2021, Magistrate Judge Cousins again issued a Sua Sponte Judicial Referral for Purpose of Determining Relationship, referring the *Malek* Action to this Court for consideration of whether it is related to the Consolidated Action. *See id.* at ECF No. 8. The Court has not yet ruled on this referral.

Given this procedural posture, the Parties have met and conferred and agree that to further conserve party and judicial resources, Tesla's deadline to answer or otherwise respond to the complaints in the *Amans* and *Kim* Actions, as well as the August 18, 2021 Case Management Conference, should be deferred pending this Court's decision regarding whether to relate and consolidate the *Malek* Action with this Consolidated Action. The Court's views on the issues set out below will likely affect the Parties' views on the remaining case schedule and the other contents of the Joint Case Management Statement set out in the Standing Order for All Judges of the Northern District of California, and thus the Parties also jointly request the Court's guidance on the following issues relating to case management[2]:

1. **ISSUE ONE—*Malek* Action**: Whether the *Malek* Action should be related and consolidated with the Consolidated Action.

    - **Joint Statement:** The Parties do not oppose relation/consolidation of the *Malek* Action with the Consolidated Action.

////
////

---

[2] The Parties intend to serve their initial disclosures by no later than September 28, 2021.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
CASE NO. 5:21-CV-03577-LHK

2. **ISSUE TWO—Consolidated Complaint:** Whether Plaintiffs should file a consolidated amended complaint before Tesla answers or otherwise responds to the individual complaints.

   - *Amans* **Plaintiff's Statement:** *Amans* Plaintiff believes that consolidation of the complaints may ultimately be efficient, but that it is premature to do so at this time before the Court rules on Tesla's anticipated motion to compel arbitration. *Amans* Plaintiff anticipates that in moving to compel arbitration of the *Amans*, *Kim*, and *Malek* complaints, Tesla will make different arbitration agreements for each of the current plaintiffs. The Court should resolve the issue of whether any or all of the *Amans*, *Kim*, and *Malek* Plaintiffs should be compelled to arbitrate their claims against Tesla before ordering the Plaintiffs to file a consolidated complaint, which would presumably also require the Court to appoint Interim Lead Counsel. After the Court decides any motions to compel arbitration, the Parties will revisit the filing of a consolidated amended complaint.

   - **Tesla's Statement:** Tesla believes that a consolidated amended complaint should be filed as the next step in this litigation given that the Court has already ordered consolidation of the *Amans* and *Kim* Actions, and the current Parties agree to consolidation of the *Malek* Action with this Consolidated Action. *Amans* Plaintiff's proposal to defer a consolidated amended complaint would force Tesla to file—and require the Court to consider and rule on—three separate responses to each of the *Amans*, *Kim*, and *Malek* complaints, each involving overlapping issues. Such a result would be inefficient and impose unnecessary burden on the Court and on Tesla.

3. **ISSUE THREE—Appointment of Interim Lead Counsel:** Whether the Court wishes to appoint Interim Lead Counsel for the putative class under Federal Rule of Civil Procedure 23(g)(3).

   - *Amans* **Plaintiff's Statement:** For the reasons explained above, *Amans* Plaintiff believes it is premature for the Court to appoint Interim Lead Counsel at this time. After the Court decides any motions to compel arbitration, the Parties will revisit the appointment of Interim Lead Counsel.

   - **Tesla's Statement:** Tesla ultimately defers to the Court's views on whether and when to appoint Interim Lead Counsel from among the six firms currently representing Plaintiffs in the *Amans*, *Kim*, and *Malek* Actions. To the extent appointment is needed to facilitate a consolidated amended complaint, Tesla believes Interim Lead Counsel should be appointed.

////

////

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
CASE NO. 5:21-CV-03577-LHK

| | | |
|---|---|---|
| 1 | Dated: August 11, 2021 | **COOLEY LLP**<br>MICHAEL G. RHODES (SBN 116127)<br>WHITTY SOMVICHIAN (SBN 194463)<br>DANIELLE C. PIERRE (SBN 300567)<br>SHARON SONG (SBN 313535) |
| 5 | | By: */s/ Whitty Somvichian*<br>         Whitty Somvichian |
| 7 | | Attorney for Defendant<br>Tesla, Inc. |
| 9 | Dated: August 11, 2021 | By: */s/ Lily E. Hough*<br>         Lily Hough |
| 11 | | Lily E. Hough (SBN 315277)<br>lhough@edelson.com<br>Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>**EDELSON PC**<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435 |
| 16 | | Attorneys for *Amans* Plaintiff |

////

////

5

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
CASE NO. 5:21-CV-03577-LHK

Dated: August 11, 2021

By: */s/ Tina Wolfson*
Tina Wolfson

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

Peter A. Muhic (*pro hac vice* to be filed)
**LeVAN MUHIC STAPLETON LLC**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 561-1500
pmuhic@levanmuhic.com

Edwin J. Kilpela, Jr. (*pro hac vice* to be filed)
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@carlsonlynch.com

Attorneys for *Kim* Plaintiffs

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: August 11, 2021

*/s/ Whitty Somvichian*
Whitty Somvichian

254956090

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT
CASE NO. 5:21-CV-03577-LHK