JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
SARVENAZ "NAZY" J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
KELSEY L. CAMPBELL (SBN 324015)
kcampbell@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **MATTHEW AMANS**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**TESLA, INC.**, a Delaware corporation,<br><br>Defendant. | Case No. 5:21-CV-03577-LHK<br>Case No. 5:21-CV-03681-LHK<br>Case No. 5:21-CV-05528-LHK<br><br>(Consolidated Per Docket No. 22).<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  September 22, 2021<br>Time:  2:00 p.m.<br>Judge: Hon. Lucy H. Koh |

# JOINT CASE MANAGEMENT STATEMENT

Plaintiffs Matthew Amans ("*Amans* Plaintiff"), Sol Kim, Aaron Mandell, Alissa Beth Cohen Mandell, Mattias Astrom, Arpan Patel, Anupama Vivek, Jerin Zachariah, and Peter Burns ("*Kim* Plaintiffs"), and Babak Malek ("*Malek* Plaintiff") (collectively, "Plaintiffs"), and defendant Tesla, Inc. ("Tesla") (collectively, "Parties"), by and through their respective counsel of record, hereby jointly submit this Case Management Statement pursuant to the Court's August 12, 2021 Case Management Order (ECF No. 22).[1]

This consolidated action now includes all three putative class actions in the U.S. District Court for the Northern District of California, each alleging that Tesla's price increase on its solar roof contracts violates California law: *Matthew Amans v. Tesla, Inc.*, Case No. 5:21-cv-03577-LHK ("*Amans* Action"), *Sol Kim et al. v. Tesla, Inc.*, Case No. 5:21-cv-03681-LHK ("*Kim* Action"), and *Babak Malek v. Tesla, Inc.*, Case No. 5:21-cv-05528-LHK ("*Malek* Action"). *Amans* Plaintiff filed his complaint against Tesla on May 12, 2021. *See Amans* Action, ECF No. 1. Thereafter, on May 17, 2021, *Kim* Plaintiffs, represented by separate counsel, filed their complaint against Tesla, *see Kim* Action, ECF. No. 1; and *Malek* Plaintiff, represented by separate counsel than *Amans* or *Kim* Plaintiffs, filed his complaint against Tesla on July 20, 2021, *see Malek* Action, ECF No. 1. The *Kim* and *Malek* Actions have been consolidated under the *Amans* Action. *See Amans* Action, ECF Nos. 17, 22.

## I.   RECENT DEVELOPMENTS AND NEXT STEPS

Shortly after counsel for Tesla appeared in the *Amans* and *Kim* Actions in June 2021 and prior to formal consolidation, counsel for Plaintiffs inquired with counsel for Tesla regarding the potential for early mediation, requested categories of information to facilitate potential settlement discussions, and sent Tesla a list of proposed mediators who could assist with these matters. Tesla declined to commit one way or another to any mediation until the cases were formally consolidated. Based on Plaintiffs' understanding that Tesla was considering mediation in good faith, Plaintiffs agreed to extend the time for Tesla to file responsive pleadings through August and September while the cases

---

[1] The parties were unable to submit this case management statement seven days before the scheduled case management conference due to unanticipated scheduling issues involving Tesla and its outside counsel.

awaited formal consolidation, leading up to the Initial Case Management Conference. *See Amans Action*, ECF Nos. 16, 21.

On September 13, 2021, counsel for Tesla informed counsel for Plaintiffs that Tesla had recently launched a program for customers who signed Solar Roof contracts before the April 2021 price changes to return those customers to their original pricing (if they were subject to a price increase in April 2021). Plaintiffs' counsel have requested additional details and advised counsel for Tesla that they believe settlement discussions should commence immediately in order to consider, clarify, and formalize certain terms of relief.

Based on these developments, the Parties believe discussions over the next 30 days to obtain additional information regarding Tesla's intended actions may eliminate or narrow some of the issues to be litigated, conserving judicial and party resources. Accordingly, the Parties propose the schedule below that allows for such discussions. Further, the Parties request the opportunity to update the Court in 30 days and propose adjustments to the below schedule as warranted.

## II.   APPOINTMENT OF INTERIM CLASS COUNSEL

Plaintiffs' counsel in all three consolidated actions have met and conferred and agreed to a proposed three-way leadership model, with one representative from each action. Subject to the Court's approval, Plaintiffs are prepared to submit a stipulation and proposed order appointing interim class counsel forthwith. Tesla has some reservations about Plaintiffs' proposal and reserves the right to respond or object to Plaintiffs' proposed stipulation once those details are provided.

## III.   CONSOLIDATED CLASS ACTION COMPLAINT

Subject to the Court's approval, the Parties agree to a filing deadline of November 1, 2021 for Plaintiffs' consolidated class action complaint.

## IV.   BRIEFING SCHEDULE FOR CONSOLIDATED CLASS COMPLAINT

Subject to the Court's approval, the Parties agree on the following briefing and hearing schedule:

- Deadline to file response to consolidated complaint:   November 30, 2021
- Opposition:   January 7, 2021
- Reply:   January 28, 2022

- Hearing: February 11, 2022

Respectfully submitted,

| Dated: September 16, 2021 | By: /s/ Justin T. Berger<br><br>Justin T. Berger (SBN 250346)<br>jberger@cpmlegal.com<br>Sarvenaz "Nazy" J. Fahimi (SBN 226148)<br>sfahimi@cpmlegal.com<br>Kelsey L. Campbell (SBN 324015)<br>kcampbell@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br><br>Attorneys for *Malek* Plaintiff |
|---|---|
| Dated: September 16, 2021 | By: /s/ Lily E. Hough<br><br>Lily E. Hough (SBN 315277)<br>lhough@edelson.com<br>Benjamin H. Richman (*pro hac vice* to be filed)<br>brichman@edelson.com<br>Eve-Lynn Rapp (*pro hac vice* to be filed)<br>erapp@edelson.com<br>Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>**EDELSON PC**<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>Attorneys for *Amans* Plaintiff |
| Dated: September 16, 2021 | By: /s/ Peter A. Muhic<br><br>Peter A. Muhic (*pro hac vice* to be filed)<br>**LeVAN MUHIC STAPLETON LLC**<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 561-1500<br>pmuhic@levanmuhic.com<br><br>Tina Wolfson (SBN 174806)<br>Robert Ahdoot (SBN 172098) |

**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

Edwin J. Kilpela, Jr. (*pro hac vice* to be filed)
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@carlsonlynch.com

Attorneys for *Kim* Plaintiffs

Dated:  September 16, 2021

By: /s/ Whitty Somvichian

Whitty Somvichian (SBN 194463)
wsomvichian@cooley.com
Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
Danielle C. Pierre (SBN 300567)
dpierre@cooley.com
Sharon Song (SBN 313535)
ssong@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant Tesla, Inc.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of September, 2021, at Oakland, California.

/s/ Whitty Somvichian