1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MATTHEW AMANS, et al., | Case No. 21-CV-03577-LHK |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| TESLA, INC., | |
| Defendant. | |

The parties filed their Joint Case Management Statement on September 16, 2021. ECF No. 24. The Court continues the September 22, 2021 case management conference to January 19, 2022 at 2:00 p.m. The parties shall file their joint case management statement by January 12, 2022.

The Court also refers the parties to private mediation with a completion deadline of February 4, 2022. By February 7, 2022, the parties shall file a joint settlement status report.

Any motions for appointment of interim lead class counsel shall be filed by September 24, 2021. Any oppositions shall be filed by October 1, 2021. Any replies shall be filed by October 8, 2021. Any hearing will take place on October 22, 2021, at 1:00 p.m. by videoconference. The Court notes that if this case settles very early, the Court will not appoint five law firms to serve as interim lead class counsel.

The Court approves the parties' agreement regarding the case schedule except for the hearing date on Defendant's response to the consolidated complaint. Accordingly, the Court sets the following case schedule:

1

Case No. 21-CV-03577-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Motion for Appointment of Interim Lead Class Counsel | Motion: September 29, 2021 |
| | Opposition: October 6, 2021 |
| | Reply: October 12, 2021, by 12:00 p.m. |
| | Hearing: October 22, 2021, at 1:00 pm. |
| Deadline to File Consolidated Complaint | November 1, 2021 |
| Response to Consolidated Complaint | Response: November 30, 2021 |
| | Opposition: January 7, 2022 |
| | Reply: January 28, 2022 |
| | Hearing: February 17, 2022, at 1:30 p.m. |
| Further Case Management Conference | January 19, 2022, at 2:00 p.m. |
| Deadline to Complete Private Mediation | February 4, 2022 |
| Deadline to File Joint Settlement Status Report | February 7, 2022 |

**IT IS SO ORDERED.**

Dated: September 17, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge