| | |
|---|---|
| Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (SBN 315277)<br>lhough@edelson.com<br>**EDELSON PC**<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>Eve-Lynn Rapp (admitted *pro hac vice*)<br>erapp@edelson.com<br>**EDELSON PC**<br>2101 Pearl Street<br>Boulder, Colorado 80302<br>Tel: 720.741.0076<br>Fax: 720.741.0081<br><br>Attorneys for *Amans* Plaintiff<br><br>Justin T. Berger (SBN 250346)<br>jberger@cpmlegal.com<br>Sarvenaz "Navy" J. Fahimi (SBN 226148)<br>sfahimi@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br><br>Attorneys for *Malek* Plaintiff<br>Tina Wolfson (SBN 174806) | Robert Ahdoot (SBN 172098)<br>**AHDOOT & WOLFSON, PC**<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>twolfson@ahdootwolfson.com<br>rahdoot@ahdootwolfson.com<br><br>Peter A. Muhic (*pro hac vice* to be filed)<br>**LeVAN MUHIC STAPLETON LLC**<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 561-1500<br>pmuhic@levanmuhic.com<br><br>Edwin J. Kilpela, Jr. (*pro hac vice* to be filed)<br>**LYNCH CARPENTER LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br>Facsimile: (412) 231-0246<br>ekilpela@lcllp.com<br><br>Attorneys for *Kim* Plaintiffs |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **MATTHEW AMANS**, individually and on behalf of all similarly situated individuals,<br><br>            Plaintiff,<br><br>    v.<br><br>**TESLA, INC.**, a Delaware corporation,<br><br>            Defendant. | Case No. 5:21-CV-03577-LHK<br>Case No. 5:21-CV-03681-LHK<br>Case No. 5:21-CV-05528-LHK<br><br>(Consolidated Per Docket No. 22).<br><br>**STIPULATED REQUEST TO RESCHEDULE HEARING DATE ON PLAINTIFFS' MOTION TO APPOINT INTERIM LEAD COUNSEL; [PROPOSED] ORDER** |

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendant Tesla, Inc. respectfully submit this Stipulated Request to Reschedule Hearing Date on Plaintiffs' Motion to Appoint Interim Lead Counsel (the "Motion") from October 22, 2021 to October 29, 2021.

WHEREAS, the Court has set a hearing on the Motion on October 22, 2021 at 1:00 p.m. by videoconference (Dkt. 26 at 1);

WHEREAS, counsel for Plaintiff Matthew Amans have a scheduling conflict at this time and have requested, without opposition by the other parties, to reschedule the hearing on the Motion on October 29, 2021 at 1:00 p.m.;

WHEREAS, the undersigned counsel emailed the Court's Courtroom Deputy on October 15, 2021 and obtained a new hearing date for the Motion on October 29, 2021 at 1:00 p.m.;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** (subject to Court Order) that the hearing on Plaintiffs' Motion to Appoint Interim Lead Counsel shall be rescheduled to October 29, 2021 at 1:00 p.m. by videoconference.

Respectfully submitted,

| Dated: October 15, 2021 | By: /s/ Lily E. Hough |
|---|---|
| | Rafey S. Balabanian (SBN 315962) <br> rbalabanian@edelson.com <br> Lily E. Hough (SBN 315277) <br> lhough@edelson.com <br> **EDELSON PC** <br> 150 California Street, 18th Floor <br> San Francisco, California 94111 <br> Tel: 415.212.9300 <br> Fax: 415.373.9435 <br><br> Eve-Lynn J. Rapp (admitted *pro hac vice*) <br> erapp@edelson.com <br> **EDELSON PC** <br> 2101 Pearl Street <br> Boulder, Colorado 80302 <br> Tel: 720.741.0076 <br> Fax: 720.741.0081 <br><br> Attorneys for *Amans* Plaintiff |

STIP. REQUEST TO RESCHEDULE HEARING DATE - Case No. 5:21-cv-03577-LHK

1

| | | |
|---|---|---|
| 1 | Dated: October 15, 2021 | By: /s/ Peter A. Muhic |
| 2 | | Tina Wolfson (SBN 174806) |
| 3 | | Robert Ahdoot (SBN 172098) |
| | | **AHDOOT & WOLFSON, PC** |
| 4 | | 2600 West Olive Avenue, Suite 500 |
| | | Burbank, CA 91505 |
| 5 | | Telephone: (310) 474-9111 |
| | | Facsimile: (310) 474-8585 |
| 6 | | twolfson@ahdootwolfson.com |
| 7 | | rahdoot@ahdootwolfson.com |
| 8 | | Peter A. Muhic (*pro hac vice* to be filed) |
| | | **LeVAN MUHIC STAPLETON LLC** |
| 9 | | One Liberty Place |
| 10 | | 1650 Market Street, Suite 3600 |
| | | Philadelphia, PA 19103 |
| 11 | | Telephone: (215) 561-1500 |
| | | pmuhic@levanmuhic.com |
| 12 | | |
| 13 | | Edwin J. Kilpela, Jr. (*pro hac vice* to be filed) |
| | | **LYNCH CARPENTER LLP** |
| 14 | | 1133 Penn Avenue, 5th Floor |
| | | Pittsburgh, PA 15222 |
| 15 | | Telephone: (412) 322-9243 |
| | | Facsimile: (412) 231-0246 |
| 16 | | ekilpela@lcllp.com |
| 17 | | Attorneys for *Kim* Plaintiffs |
| 18 | Dated: October 15, 2021 | By: /s/ Justin T. Berger |
| 19 | | Justin T. Berger (SBN 250346) |
| | | jberger@cpmlegal.com |
| 20 | | Sarvenaz "Nazy" J. Fahimi (SBN 226148) |
| | | sfahimi@cpmlegal.com |
| 21 | | **COTCHETT, PITRE & McCARTHY, LLP** |
| 22 | | San Francisco Airport Office Center |
| | | 840 Malcolm Road |
| 23 | | Burlingame, CA 94010 |
| | | Telephone: (650) 697-6000 |
| 24 | | Facsimile: (650) 697-0577 |
| 25 | | Attorneys for *Malek* Plaintiff |
| 26 | | |
| 27 | | |
| 28 | | |

STIP. REQUEST TO RESCHEDULE HEARING DATE - Case No. 5:21-cv-03577-LHK

2


Dated: October 15, 2021

By: /s/ Whitty Somvichian

Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
Whitty Somvichian (SBN 194463)
wsomvichian@cooley.com
Danielle C. Pierre (SBN 300567)
dpierre@cooley.com
Sharon Song (SBN 313535)
ssong@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendant Tesla, Inc.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lily E. Hough, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th of October, 2021 at San Francisco, California.

/s/     Lily E. Hough

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. The hearing on Plaintiffs' Motion to Appoint Interim Lead Counsel shall be rescheduled to October 29, 2021 at 1:00 p.m. by videoconference.

ENTERED: _____, 2021

                                                   Honorable Lucy H. Koh
                                                   United States District Court

STIP. REQUEST TO RESCHEDULE HEARING DATE - Case No. 5:21-cv-03577-LHK
5