COOLEY LLP
MICHAEL G. RHODES (116127)
rhodesmg@cooley.com
WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
LAURA M. ELLIOTT (286702)
lelliott@cooley.com
SHARON SONG (313535)
ssong@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693 2000
Facsimile:    (415) 693 2222

Attorneys for Defendant
Tesla, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Lead Case No. 5:21-CV-03577-LHK<br><br>Consolidated with<br>Case No. 21-cv-03681-LHK<br>Case No. 21-cv-05528-LHK<br><br>**STIPULATION TO EXTEND DEADLINES RELATING TO CONSOLIDATED COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND DEADLINES
FOR CONSOLIDATED COMPLAINT
CASE NO. 5:21-CV-03577-LHK

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendant Tesla, Inc. respectfully submit this Stipulation to Extend the Deadlines Relating to the Consolidated Complaint.

WHEREAS, on September 21, 2021, the Court set the following deadlines relating to the Consolidated Complaint in its Updated Case Management Order (ECF No. 26):

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Consolidated Complaint | November 1, 2021 |
| Response to Consolidated Complaint | Response: November 30, 2021<br>Opposition: January 7, 2022<br>Reply: January 28, 2022<br>Hearing: February 17, 2022, at 1:30pm |

WHEREAS, in its Updated Case Management Order, the Court also set a deadline for the Parties to complete private mediation by February 4, 2022 (ECF No. 26);

WHEREAS, the Parties have scheduled a private mediation to occur on December 6, 2021 to comply with the Court's directive;

WHEREAS, in light of the scheduled mediation, the Parties have agreed to jointly request an extension of deadlines relating to the Consolidated Complaint as set forth below, so that the Parties can focus on the scheduled mediation and potentially avoid motion practice on Plaintiffs' Consolidated Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** (subject to Court Order) that the deadlines relating to the Consolidated Complaint shall be rescheduled as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Consolidated Complaint | December 13, 2021 |
| Response to Consolidated Complaint | Response: January 25, 2022<br>Opposition: March 4, 2022<br>Reply: March 25, 2022<br>Hearing: April 14, 2022, at 1:30pm |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND DEADLINES
FOR CONSOLIDATED COMPLAINT
CASE NO. 5:21-CV-03577-LHK

Respectfully submitted,

Dated: October 25, 2021

By:   /s/ Whitty Somvichian
        Whitty Somvichian

Whitty Somvichian (SBN 194463)
wsomvichian@cooley.com
Michael G. Rhodes (SBN 116127)
rhodesmg@cooley.com
Laura M. Elliott (SBN 286702)
lelliott@cooley.com
Sharon Song (SBN 313535)
ssong@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant Tesla, Inc.

Dated: October 25, 2021

By:   /s/ Eve-Lynn J. Rapp
        Eve-Lynn J. Rapp

Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0076
Fax: 720.741.0081

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Lily E. Hough (SBN 315277)
lhough@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Attorneys for *Amans* Plaintiff

Dated: October 25, 2021

By:   /s/ Peter A. Muhic
        Peter A. Muhic

Peter A. Muhic (*pro hac vice* to be filed)
**LeVAN MUHIC STAPLETON LLC**
One Liberty Place
1650 Market Street, Suite 3600

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO EXTEND DEADLINES
FOR CONSOLIDATED COMPLAINT
CASE NO. 5:21-CV-03577-LHK

Philadelphia, PA 19103
Telephone: (215) 561-1500
pmuhic@levanmuhic.com

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

Edwin J. Kilpela, Jr. (*pro hac vice* to be filed)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@lcllp.com

Attorneys for *Kim* Plaintiffs

---

Dated: October 25, 2021

By:   */s/ Justin T. Berger*

Justin T. Berger (SBN 250346)
jberger@cpmlegal.com
Sarvenaz "Nazy" J. Fahimi (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for *Malek* Plaintiff

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October in Oakland, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATION TO EXTEND DEADLINES
FOR CONSOLIDATED COMPLAINT
CASE NO. 5:21-CV-03577-LHK

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The deadlines relating to the Consolidated Complaint shall be rescheduled as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Consolidated Complaint | December 13, 2021 |
| Response to Consolidated Complaint | Response: January 25, 2022 |
| | Opposition: March 4, 2022 |
| | Reply: March 25, 2022 |
| | Hearing: April 14, 2022, at 1:30pm |

ENTERED: _____, 2021

_____
Honorable Lucy H. Koh
United States District Court

Cooley LLP
Attorneys at Law
San Francisco

5

STIPULATION TO EXTEND DEADLINES
FOR CONSOLIDATED COMPLAINT
CASE NO. 5:21-CV-03577-LHK