DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN E. SCHOENFELD (*pro hac vice forthcoming*)
(Email: alan.schoenfeld@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Lead Case No. 5:21-cv-03577-LHK<br><br>Consolidated with<br>Case No. 21-cv-03681-LHK<br>Case No. 21-cv-05528-LHK<br><br>**DEFENDANT TESLA, INC.'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>Judge: Hon. Lucy H. Koh |

**TO ALL PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Tesla, Inc. has retained Wilmer Cutler Pickering Hale and Dorr LLP to substitute as counsel for the above-captioned matter. Withdrawing counsel for Defendant Tesla, Inc. are:

Michael Graham Rhodes
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
415-693-2000
Fax: 415-693-2222
Email: rhodesmg@cooley.com

Whitty Somvichian
COOLEY LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
415-693-2061
Fax: (415) 693-2222
Email: wsomvichian@cooley.com

Danielle Charniece Pierre
COOLEY LLP
3 Embarcadero Center
20th floor
San Francisco, CA 94111-4004
United Sta
415-693-2000
Fax: 415-693-2222
Email: dpierre@cooley.com

Sharon Soohyun Song
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
415-693-2027
Fax: 415-693-2222
Email: ssong@cooley.com

1    All pleadings, orders, and notices should henceforth be served upon the following
2    substituted counsel for Defendant Tesla, Inc.:

3    DAVID C. MARCUS (CA Bar No. 158704)
4    (Email: david.marcus@wilmerhale.com)
     WILMER CUTLER PICKERING
5        HALE AND DORR LLP
     350 South Grand Avenue, Suite 2400
6    Los Angeles, California 90071
     Telephone: (213) 443-5312
7    Facsimile: (213) 443-5400

8    ALAN E. SCHOENFELD (*pro hac vice forthcoming*)
9    (Email: alan.schoenfeld@wilmerhale.com)
     WILMER CUTLER PICKERING
10       HALE AND DORR LLP
     7 World Trade Center
11   250 Greenwich Street
     New York, NY 10007
12   Telephone: (212) 937-7294
     Facsimile: (212) 230-8888
13

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  December 3, 2021					TESLA, INC.

						By:	   /s/ Nathaniel Smith
							Nathaniel Smith


Dated:  December 3, 2021					WILMER CUTLER PICKERING, HALE AND DORR LLP

						By:	   /s/ David C. Marcus
							DAVID C. MARCUS


Dated:  December 3, 2021					COOLEY LLP

						By:	   /s/ Whitty Somvichian
							WHITTY SOMVICHIAN

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David C. Marcus, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December, 2021, in Los Angeles, California.

                                                    */s/ David C. Marcus*
                                                   David C. Marcus