DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN E. SCHOENFELD (*pro hac vice forthcoming*)
(Email: alan.schoenfeld@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>                    Plaintiffs,<br><br>      v.<br><br>TESLA, INC., a Delaware corporation,<br><br>                    Defendant. | Lead Case No. 5:21-cv-03577-LHK<br><br>Consolidated with<br>Case No. 21-cv-03681-LHK<br>Case No. 21-cv-05528-LHK<br><br>**CIVIL LOCAL RULE 6-2(A) STIPULATION TO EXTEND DEADLINES FOR CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Lucy H. Koh |

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendant Tesla, Inc. respectfully submit this Stipulation to Extend Deadlines for Consolidated Complaint.

WHEREAS, on September 21, 2021, the Court set the following deadlines relating to the Consolidated Complaint in its Updated Case Management Order (ECF No. 26): Consolidated Complaint filed by November 1, 2021; response to Consolidated Complaint by November 30, 2021; opposition to response by January 7, 2022; reply in support of response by January 28, 2022; and hearing on response on February 17, 2022, at 1:30 p.m.;

WHEREAS, in its Updated Case Management Order, the Court also set a deadline for the Parties to complete private mediation of February 4, 2022 (ECF No. 26);

WHEREAS, the Parties scheduled private mediation for December 6, 2021, to comply with the Court's directive;

WHEREAS, in light of the mediation for December 6, 2021, on October 25, 2021, the Parties jointly requested an extension of deadlines relating to the Consolidated Complaint (ECF No. 35);

WHEREAS, on October 31, 2021, the Court granted that request and set the following deadlines relating to the Consolidated Complaint:  Consolidated Complaint filed by December 13, 2021; response to Consolidated Complaint by January 25, 2022; opposition to response by March 4, 2022; reply in support of response by March 25, 2022; and hearing on response on April 14, 2022, at 1:30 p.m.;

WHEREAS, on December 3, 2021, Tesla retained Wilmer Cutler Pickering Hale and Dorr LLP to substitute as counsel in this action and accordingly filed a Notice of Withdrawal and Substitution of Counsel and [Proposed] Order;

WHEREAS, due to Tesla's retaining of new counsel and withdrawal and substitution of counsel in this action, the Parties have rescheduled the private mediation previously set for December 6, 2021, to January 14, 2022, to comply with the Court's directive to complete private mediation by February 4, 2022 while also providing new counsel sufficient time to prepare for the mediation.

WHEREAS, in light of the rescheduled mediation, the Parties have agreed to jointly request an extension of deadlines relating to the Consolidated Complaint as set forth below pursuant to Civil Local Rule 6-2(a), so that the Parties can focus on the rescheduled mediation and potentially avoid motion practice on Plaintiffs' Consolidated Complaint.  This stipulated request is supported by the accompanying declaration of David C. Marcus.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** (subject to Court order) that the deadlines relating to the Consolidated Complaint shall be rescheduled as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Consolidated Complaint | January 21, 2022 |
| Response to Consolidated Complaint | Response:  March 4, 2022<br><br>Opposition:  April 8, 2022<br><br>Reply:  April 29, 2022<br><br>Hearing:  May 19, 2022, at 1:30 p.m. or as soon as counsel may be heard |

Respectfully submitted,

Dated: December 3, 2021

By: /s/ David C. Marcus

David C. Marcus (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

Alan E. Schoenfeld (*pro hac vice forthcoming*)
(Email: alan.schoenfeld@wilmerhale.com)
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendant Tesla, Inc.*

Dated: December 3, 2021

By: /s/ Lily Hough

Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0076
Fax: 720.741.0081

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Lily E. Hough (SBN 315277)
lhough@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Attorneys for *Amans* Plaintiff

Dated: December 3, 2021

By: /s/ Peter A. Muhic

Peter A. Muhic
Peter A. Muhic (*pro hac vice* to be filed)
**LeVAN MUHIC STAPLETON LLC**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 561-1500
pmuhic@levanmuhic.com

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

Edwin J. Kilpela, Jr. (*pro hac vice* to be filed)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@lcllp.com

Attorneys for *Kim* Plaintiffs

Dated: December 3, 2021

By: /s/ Justin T. Berger

Justin T. Berger (SBN 250346)
jberger@cpmlegal.com
Sarvenaz "Nazy" J. Fahimi (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for *Malek* Plaintiff

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, David C. Marcus, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of December, 2021, in Los Angeles, California.

/s/ David C. Marcus
David C. Marcus

5