DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
       HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN E. SCHOENFELD (*pro hac vice forthcoming*)
(Email: alan.schoenfeld@wilmerhale.com)
WILMER CUTLER PICKERING
       HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>              Plaintiffs,<br><br>     v.<br><br>TESLA, INC., a Delaware corporation,<br><br>              Defendant. | Lead Case No. 5:21-cv-03577-LHK<br><br>Consolidated with<br>Case No. 21-cv-03681-LHK<br>Case No. 21-cv-05528-LHK<br><br>**DECLARATION OF DAVID C. MARCUS IN SUPPORT OF CIVIL LOCAL RULE 6-2(A) STIPULATION TO EXTEND DEADLINES FOR CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Lucy H. Koh |

I, David C. Marcus, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Tesla, Inc. ("Tesla") in the above-captioned matter.

2. Pursuant to the Court's prior order (ECF No. 26), the Parties scheduled private mediation for December 6, 2021 to comply with the Court's directive to complete private mediation by February 4, 2022. The Court also granted the Parties' request and set the following deadlines relating to the Consolidated Complaint (ECF. No. 35): Consolidated Complaint filed by December 13, 2021; response to Consolidated Complaint by January 25, 2022; opposition to response by March 4, 2022; reply in support of response by March 25, 2022; and hearing on response on April 14, 2022, at 1:30 p.m.

3. On December 3, 2021, Tesla retained Wilmer Cutler Pickering Hale and Dorr LLP to substitute as counsel in this action. To comply with the Court's directive to complete private mediation by February 4, 2022 while also providing new counsel sufficient time to prepare for the mediation, my colleague Alan Schoenfeld emailed counsel for lead Plaintiffs on December 3, 2021 to reschedule the private mediation and request lead Plaintiffs' agreement for an extension of time relating to the briefing schedule of the Consolidated Complaint. The Parties agreed to reschedule the mediation to January 14, 2022. The Parties further agreed to extend the deadlines relating to the Consolidated Complaint as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Consolidated Complaint | January 21, 2022 |
| Response to Consolidated Complaint | Response:  March 4, 2022<br>Opposition:  April 8, 2022<br>Reply:  April 29, 2022<br>Hearing:  May 19, 2022, at 1:30 p.m. or as soon as counsel may be heard |

4. On December 3, 2021, my colleague Alan Schoenfeld sent counsel for lead Plaintiffs a draft stipulation memorializing the agreed-upon dates mentioned in paragraph 4 of this declaration.

5. The deadlines relating to the Consolidated Complaint have been previously extended once pursuant to Parties' stipulation (ECF Nos. 35, 36).

6. This proposed schedule is warranted to comply with the Court's directive to complete private mediation by February 4, 2022 while also providing new counsel sufficient time to prepare for the mediation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of December, 2021 in Los Angeles, California.

By: /s/ David C. Marcus
DAVID C. MARCUS
*Attorney for Defendant Tesla, Inc.*