DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
      HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN E. SCHOENFELD (*pro hac vice forthcoming*)
(Email: alan.schoenfeld@wilmerhale.com)
WILMER CUTLER PICKERING
      HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendant Tesla, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>                    Plaintiffs,<br><br>     v.<br><br>TESLA, INC., a Delaware corporation,<br><br>                    Defendant. | Lead Case No. 5:21-cv-03577-LHK<br><br>Consolidated with<br>Case No. 21-cv-03681-LHK<br>Case No. 21-cv-05528-LHK<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINES FOR CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Lucy H. Koh |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The deadlines relating to the Consolidated Complaint shall be rescheduled as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Consolidated Complaint | January 21, 2022 |
| Response to Consolidated Complaint | Response:  March 4, 2022<br><br>Opposition:  April 8, 2022<br><br>Reply:  April 29, 2022<br><br>Hearing:  May 19, 2022, at 1:30 p.m. |

DATED:_____

By: _____
The Honorable Lucy Koh
United States District Judge