| | |
|---|---|
| David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312<br>Fax: (213) 443-5400<br><br>*Attorneys for Defendant Tesla, Inc.* | Eve-Lynn Rapp (admitted *pro hac vice*)<br>erapp@edelson.com<br>EDELSON PC<br>2101 Pearl Street<br>Boulder, Colorado 80302<br>Tel: (720) 741-0076<br>Fax: (720) 741-0081<br><br>Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (SBN 315277)<br>lhough@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: (415) 212-9300<br>Fax: (415) 373-9435<br><br>*Interim Lead Counsel and Attorneys for Amans Plaintiff*<br><br>(Complete list of parties and counsel information on signature page) |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>                      Plaintiffs,<br><br>    v.<br><br>TESLA, INC., a Delaware corporation,<br><br>                      Defendant. | Lead Case No. 5:21-cv-03577-LHK<br><br>Consolidated with<br>Case No. 21-cv-03681-LHK<br>Case No. 21-cv-05528-LHK<br><br>**JOINT REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**<br><br>Hon. Lucy H. Koh |

Pursuant to the Court's Notice entered on December 17, 2021 (ECF No. 41), the parties met and conferred on December 28, 2021 and determined that the parties collectively will not consent to transfer of this case to a Magistrate Judge for all purposes. The parties accordingly jointly request reassignment of this action to a United States District Judge.

Respectfully submitted,

Dated: December 30, 2021

By: */s/ David C. Marcus*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

Dated: December 30, 2021

By: */s/ Eve-Lynn J. Rapp*

Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0076
Fax: 720.741.0081

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Lily E. Hough (SBN 315277)
lhough@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Interim Lead Counsel and Attorneys for Amans Plaintiff*

Peter A. Muhic (*pro hac vice* to be filed)
**LeVAN MUHIC STAPLETON LLC**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 561-1500
pmuhic@levanmuhic.com

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

Edwin J. Kilpela, Jr. (*pro hac vice* to be filed)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@lcllp.com

*Attorneys for Kim Plaintiffs*


Justin T. Berger (SBN 250346)
jberger@cpmlegal.com
Sarvenaz "Nazy" J. Fahimi (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Malek Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: December 30, 2021            By:   */s/ David C. Marcus*
                                                David C. Marcus

**ATTORNEY ATTESTATION**

I, David C. Marcus, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order.  In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: December 30, 2021            By:   */s/ David C. Marcus*
                                                David C. Marcus