| | |
|---|---|
| David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312<br>Fax: (213) 443-5400<br><br>*Attorney for Defendant Tesla, Inc.* | Eve-Lynn Rapp (admitted *pro hac vice*)<br>erapp@edelson.com<br>EDELSON PC<br>2101 Pearl Street<br>Boulder, Colorado 80302<br>Tel: (720) 741-0076<br>Fax: (720) 741-0081<br><br>Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (SBN 315277)<br>lhough@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: (415) 212-9300<br>Fax: (415) 373-9435<br><br>*Interim Lead Counsel and Attorneys for Amans Plaintiff*<br><br>(Complete list of parties and counsel information on signature page) |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>                              Plaintiffs,<br><br>   v.<br><br>TESLA, INC., a Delaware corporation,<br><br>                              Defendant. | Lead Case No. 5:21-cv-03577-LHK<br><br>Consolidated with<br>Case No. 21-cv-03681-LHK<br>Case No. 21-cv-05528-LHK<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE**<br><br>Hon. Lucy H. Koh |

1       Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendant Tesla, Inc.
2 respectfully submit this Stipulation to Continue Further Case Management Conference. This
3 stipulated request is supported by the accompanying declaration of David C. Marcus.
4       WHEREAS, on September 21, 2021, the Court set the following case schedule (ECF No.
5 26): Consolidated Complaint filed by November 1, 2021; response to Consolidated Complaint by
6 November 30, 2021; further case management conference by January 19, 2022, at 2:00 p.m.;
7 opposition to response by January 7, 2022; reply in support of response by January 28, 2022; and
8 hearing on response on February 17, 2022, at 1:30 p.m.; private mediation completed by
9 February 4, 2022; and joint settlement status report filed by February 7, 2022;
10       WHEREAS, in light of the private mediation scheduled by the Parties for December 6,
11 2021, on October 31, 2021, the Court granted the Parties' joint request to extend the deadlines
12 relating to the Consolidated Complaint (ECF. No. 36): Consolidated Complaint filed by
13 December 13, 2021; response to Consolidated Complaint by January 25, 2022; opposition to
14 response by March 4, 2022; reply in support of response by March 25, 2022; and hearing on
15 response on April 14, 2022, at 1:30 p.m.;
16       WHEREAS, in light of Tesla's retention of new counsel and withdrawal and substitution
17 of counsel on December 3, 2021, the Parties rescheduled the private mediation to January 14,
18 2022, and the Court granted the Parties' joint request to further extend the deadlines relating to
19 the Consolidated Complaint (ECF No. 40): Consolidated Complaint filed by January 21, 2022;
20 response to Consolidated Complaint by March 4, 2022; opposition to response by April 8, 2022;
21 reply in support of response by April 29, 2022; and hearing on response on May 19, 2022, at
22 1:30 p.m.;
23       WHEREAS, on December 17, 2021, in light of Judge Koh's recent elevation to the Ninth
24 Circuit, the Court requested the Parties to meet and confer to determine if collectively they
25 would consent to transfer of this case to a magistrate judge or request to reassign this case to a
26 district judge, and the Parties accordingly filed a joint request to reassign this case to a district
27 judge on December 30, 2021;
28

1      WHEREAS, as of the date hereof, the case is pending reassignment to a district judge and
2  the Parties are preparing for the private mediation scheduled for January 14, 2022.
3      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** (subject to
4  the Court's order) that the Further Case Management Conference currently scheduled for January
5  19, 2022 and its related deadline (the deadline for the case management statement) are continued
6  until further notice.

Respectfully submitted,

Dated: January 11, 2022        By:  */s/ Eve Lynn. J. Rapp*

Eve-Lynn J. Rapp (admitted *pro hac vice*)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0076
Fax: 720.741.0081

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Lily E. Hough (SBN 315277)
lhough@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Interim Lead Counsel and Attorneys for Amans Plaintiff*

Peter A. Muhic (*pro hac vice* to be filed)
**LeVAN MUHIC STAPLETON LLC**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 561-1500
pmuhic@levanmuhic.com

Tina Wolfson (SBN 174806)
Robert Ahdoot (SBN 172098)
**AHDOOT & WOLFSON, PC**

2

2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

Edwin J. Kilpela, Jr. (*pro hac vice* to be filed)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@lcllp.com

*Attorneys for Kim Plaintiffs*

Justin T. Berger (SBN 250346)
jberger@cpmlegal.com
Sarvenaz "Nazy" J. Fahimi (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Malek Plaintiff*

Dated: January 11, 2022     By: */s/ David C. Marcus*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
**WILMER CUTLER PICKERING
    HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendant Tesla, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: January 11, 2022                                By:     */s/ Eve-Lynn J. Rapp*
                                                                                Eve-Lynn J. Rapp

## ATTORNEY ATTESTATION

I, Eve-Lynn J. Rapp, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: January 11, 2022                                By:     */s/ Eve-Lynn J. Rapp*
                                                                                Eve-Lynn J. Rapp