David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312
Fax: (213) 443-5400

*Attorney for Defendant Tesla, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MATTHEW AMANS, individually and on behalf of all similarly situated individuals,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Lead Case No. 5:21-cv-03577-LHK<br><br>Consolidated with<br>Case No. 21-cv-03681-LHK<br>Case No. 21-cv-05528-LHK<br><br>**DECLARATION OF DAVID C. MARCUS IN SUPPORT OF STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE**<br><br>Hon. Lucy H. Koh |

I, David C. Marcus, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendant Tesla, Inc. ("Tesla") in the above-captioned matter.

2. In this consolidated class action, the Court set the following case schedule on September 21, 2021 (ECF No. 26): Consolidated Complaint filed by November 1, 2021; response to Consolidated Complaint by November 30, 2021; further case management conference by January 19, 2022, at 2:00 p.m.; opposition to response by January 7, 2022; reply in support of response by January 28, 2022; and hearing on response on February 17, 2022, at 1:30 p.m.; private mediation completed by February 4, 2022; and joint settlement status report filed by February 7, 2022.

3. In light of the private mediation scheduled by the Parties for December 6, 2021, on October 31, 2021, the Court granted the Parties' joint request to extend the deadlines relating to the Consolidated Complaint (ECF. No. 36): Consolidated Complaint filed by December 13, 2021; response to Consolidated Complaint by January 25, 2022; opposition to response by March 4, 2022; reply in support of response by March 25, 2022; and hearing on response on April 14, 2022, at 1:30 p.m.

4. On December 3, 2021, Tesla retained Wilmer Cutler Pickering Hale and Dorr LLP to substitute as counsel in this action. In light of Tesla's retaining of new counsel and withdrawal and substitution of counsel on December 3, 2021, the Parties have rescheduled the private mediation to January 14, 2022, and the Court granted the Parties' joint request to further extend the deadlines relating to the Consolidated Complaint (ECF No. 40): Consolidated Complaint filed by January 21, 2022; response to Consolidated Complaint by March 4, 2022; opposition to response by April 8, 2022; reply in support of response by April 29, 2022; and hearing on response on May 19, 2022, at 1:30 p.m.

1

DECLARATION OF DAVID C. MARCUS ISO STIP TO CONTINUE FURTHER CMC
Case No. 5:21-cv-03577-LHK (lead case)

5. On December 17, 2021, in light of Judge Koh's recent elevation to the Ninth Circuit, the Court requested the Parties to meet and confer to determine if collectively they would consent to transfer of this case to a magistrate judge or request to reassign this case to a district judge, and the Parties jointly filed a request to reassign this case to a district judge on December 30, 2021.

6. The case is currently pending reassignment to a district judge and the Parties are preparing for the private mediation scheduled for January 14, 2022. On January 10, 2022, my colleague Alan Schoenfeld reached out to Interim Lead Counsel, and the Parties have agreed to continue the Further Case Management Conference that is currently scheduled for January 19, 2022 and the deadline to file the case management statement that is currently due on January 12. The Parties expect no other impact on this case's schedule.

7. There have been three prior time modifications in this case (ECF Nos. 16, 36, 40).

8. The proposed continuance is warranted pending the Parties' private mediation, allowing the Parties sufficient time to prepare substantively for the mediation and then provide the Court with the latest update of their mediation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of January 2022 in Los Angeles, California.


By: /s/ David C. Marcus
David C. Marcus

2
DECLARATION OF DAVID C. MARCUS ISO STIP TO CONTINUE FURTHER CMC
Case No. 5:21-cv-03577-LHK (lead case)