1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
4  Los Angeles, California 90071
   Tel: (213) 443-5312
5  Fax: (213) 443-5400

6  *Attorney for Defendant Tesla, Inc.*

7
   **IN THE UNITED STATES DISTRICT COURT**
8
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9
   **SAN JOSE DIVISION**
10

| MATTHEW AMANS, individually and on behalf of all similarly situated individuals, | Lead Case No. 5:21-cv-03577-LHK |
|---|---|
| Plaintiffs, | Consolidated with |
| v. | Case No. 21-cv-03681-LHK |
| TESLA, INC., a Delaware corporation, | Case No. 21-cv-05528-LHK |
| Defendant. | **[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

The Further Case Management Conference currently scheduled for January 19, 2022 and its related deadline (the deadline for the case management statement) are continued until further notice.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge of the U.S. District Court
Northern District of California