| | |
|---|---|
| Eve-Lynn Rapp (SBN 342892) | David C. Marcus (SBN 158704) |
| erapp@edelson.com | david.marcus@wilmerhale.com |
| Edelson PC | Wilmer Cutler Pickering Hale and Dorr LLP |
| 2101 Pearl Street | 350 South Grand Avenue, Suite 2400 |
| Boulder, Colorado 80302 | Los Angeles, California 90071 |
| Tel: 720.741.0076 | Tel.: (213) 443-5312 |
| Fax: 720.741.0081 | |
| | Allison Bingxue Que (SBN 324044) |
| Justin T. Berger (SBN 250346) | allison.que@wilmerhale.com |
| jberger@cpmlegal.com | Wilmer Cutler Pickering Hale and Dorr LLP |
| Saravenaz "Nazy" J. Fahimi (SBN 226148) | 2600 El Camino Real, Suite 400 |
| sfahimi@cpmlegal.com | Palo Alto, California 94306 |
| Cotchett, Pitre & McCarthy, LLP | Tel.: (650) 858-6000 |
| San Francisco Airport Office Center | |
| 840 Malcolm Road | Alan Schoenfeld (*pro hac vice*) |
| Burlingame, CA 94010 | alan.schoenfeld@wilmerhale.com |
| Telephone: (650) 697-6000 | Ryan Chabot (*pro hac vice*) |
| Facsimile: (650) 697-0577 | ryan.chabot@wilmerhale.com |
| | Wilmer Cutler Pickering Hale and Dorr LLP |
| Peter A. Muhic (*pro hac vice*) | 7 World Trade Center |
| pmuhic@bm.net | 250 Greenwich Street |
| Berger Montague PC | New York, New York 10007 |
| 1818 Market Street, Suite 3600 | Tel.: (212) 937-7294 |
| Philadelphia, Pennsylvania 19103 | |
| Tel: 215.875.4633 | *Attorneys for Defendant Tesla, Inc.* |

*Attorneys for Plaintiffs*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW AMANS and BABEK MALEK, individually and on behalf of all similarly situated individuals, <br><br> *Plaintiffs*, <br><br> v. <br><br> TESLA, INC., a Delaware corporation, <br><br> *Defendant*. | Lead Case No. 3:21-cv-03577-VC <br><br> Consolidated with <br> Case No. 21-cv-03681-VC <br> Case No. 21-cv-05528-VC <br><br> **STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Hon. Vince Chhabria |

1    Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendant Tesla, Inc.
2    respectfully submit this Stipulation to Continue Further Case Management Conference. This
3    stipulated request is supported by the accompanying Declaration of Eve-Lynn J. Rapp.
4    WHEREAS, on March 16, 2022, the Court held a Further Case Management Conference
5    with the Parties, and subsequently ordered that the Parties "email the courtroom deputy . . . with
6    a date for the further case management conference, which should take place two to three weeks
7    after the hearing on the Motion to Dismiss" by no later than March 29, 2022, at 10:00 a.m. (the
8    "CMC Order"). (ECF No. 59 & 60.)
9    WHEREAS, at the time of the CMC Order, the hearing on Defendant's Motion to
10   Dismiss was scheduled to occur on June 23, 2022. (ECF No. 49.)
11   WHEREAS, on March 28, 2022, the Parties emailed Your Honor's courtroom deputy and
12   the Further Case Management Conference was scheduled for July 13, 2022. (ECF No. 61.) The
13   Parties were further instructed to submit a Case Management Statement by no later than July 6,
14   2022, seven days prior to the Further Case Management Conference. (*Id.*)
15   WHEREAS, on June 7, 2022, the Court entered a notice resetting the Hearing to July 14,
16   2022. (ECF No. 71.) As such, the Motion to Dismiss Hearing is now set for that date.
17   WHEREAS, in light of the Court's CMC Order instruction that the next Further Case
18   Management Conference "take place two to three weeks after the hearing on the Motion to
19   Dismiss," the Parties respectfully request that the Court reschedule the Further Case
20   Management Conference currently scheduled for July 13, 2022 and its related deadline (the Case
21   Management Statement) to August 10, 2022. This proposed Case Management Conference date
22   is four weeks after the Court's hearing on the Motion to Dismiss to accounts for counsels'
23   schedule conflicts on July 27th and August 3rd.
24   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** (subject to
25   the Court's order) that the Further Case Management Conference currently scheduled for July
26   13, 2022 and its related deadline (the deadline to submit the Case Management Statement) be
27   continued until August 10, 2022 and August 3, 2022, respectively.
28

1

Respectfully Submitted,

Dated: July 5, 2022                                             Dated: July 5, 2022

/s/ Eve-Lynn Rapp                                               /s/ David C. Marcus

Eve-Lynn Rapp (SBN 342892)                                      David C. Marcus (SBN 158704)
erapp@edelson.com                                               david.marcus@wilmerhale.com
Edelson PC                                                      Wilmer Cutler Pickering Hale and Dorr LLP
2101 Pearl Street                                               350 South Grand Avenue, Suite 2400
Boulder, Colorado 80302                                         Los Angeles, California 90071
Tel: 720.741.0076                                               Tel.: (213) 443-5312
Fax: 720.741.0081

Rafey S. Balabanian (SBN 315962)                                Allison Bingxue Que (SBN 324044)
rbalabanian@edelson.com                                         allison.que@wilmerhale.com
Edelson PC                                                      Wilmer Cutler Pickering Hale and Dorr LLP
150 California Street, 18th Floor                               2600 El Camino Real, Suite 400
San Francisco, California 94111                                 Palo Alto, California 94306
Tel: (415) 212-9300                                             Tel.: (650) 858-6000
Fax: (415) 373-9435

Justin T. Berger (SBN 250346)                                   Alan Schoenfeld (*pro hac vice*)
jberger@cpmlegal.com                                            alan.schoenfeld@wilmerhale.com
Saravenaz "Nazy" J. Fahimi (SBN 226148)                         Ryan Chabot (*pro hac vice*)
sfahimi@cpmlegal.com                                            ryan.chabot@wilmerhale.com
Cotchett, Pitre & McCarthy, LLP                                 Wilmer Cutler Pickering Hale and Dorr LLP
San Francisco Airport Office Center                             7 World Trade Center
840 Malcolm Road                                                250 Greenwich Street
Burlingame, CA 94010                                            New York, New York 10007
Telephone: (650) 697-6000                                       Tel.: (212) 937-7294
Facsimile: (650) 697-0577

                                                                *Attorneys for Defendant Tesla, Inc.*

Peter A. Muhic (*pro hac vice*)
pmuhic@bm.net
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel: 215.875.4633

*Attorneys for Plaintiffs*

**ATTORNEY ATTESTATION**

I, Eve-Lynn Rapp, am the ECF User whose ID and password are being used to file this Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document and all attachments has been obtained from each signatory.

Dated: July 5, 2022                              By:   /s/ Eve-Lynn Rapp

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Further Case Management Conference currently scheduled for July 13, 2022 is continued until August 10, 2022. The Parties are to submit a Joint Case Management Statement by no later than August 3, 2022.

**IT IS SO ORDERED.**

ENTERED: _____, 2022

_____
Honorable Vince Chhabria
United States District Court