Eve-Lynn Rapp (SBN 342892)
erapp@edelson.com
Edelson PC
2101 Pearl Street
Boulder, Colorado 80302
Tel: (720) 741-0076
Fax: (720) 741-0081

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212-9300
Fax: (415) 373-9435

*Interim Lead Counsel and Attorneys for Amans Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW AMANS and BABEK MALEK, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>*Defendant*. | Lead Case No. 3:21-cv-03577-VC<br><br>Consolidated with<br>Case No. 21-cv-03681-VC<br>Case No. 21-cv-05528-VC<br><br>**DECLARATION OF EVE-LYNN J. RAPP IN SUPPORT OF STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Hon. Vince Chhabria |

Pursuant to 18 U.S.C. § 1746, I, Eve-Lynn J. Rapp, declare as follows:

1. I am a partner at Edelson PC. I represent Plaintiff Matthew Amans and have been appointed Interim Lead Counsel in the above-captioned matter.

2. There have been twelve (12) previous time modifications in this case: on June 30, 2021, the parties stipulated to extend the time for Tesla to answer the complaint (ECF No. 16); on August 12, 2021, the Court continued the Initial Case Management Conference from August 18, 2021 to September 22, 2021 (ECF No. 22); on September 21, 2021, the Court continued the Case Management Conference from September 22, 2021 to January 19, 2022 and set a case schedule for Plaintiffs' Consolidated Complaint (ECF No. 26); on October 31, 2021 and December 13, 2021, the Court extended the deadlines related to Plaintiffs' Consolidated Complaint (ECF Nos. 36, 40); on January 14, 2022, the Court rescheduled the Further Case Management Conference (ECF No. 46); on January 21, 2022 and January 26, 2022, the Court extended the deadlines related to Plaintiffs' Consolidated Complaint (ECF Nos. 49 & 51); on March 9, 2022 and March 16, 2022 the Court entered a notice resetting the Case Management Conference for a different time on the same date (ECF Nos. 55, 59); on May 19, 2022 the Court entered a notice resetting the Motion to Dismiss Hearing for a different time on the same date (ECF No. 69); and on June 7, 2022 the Court entered a notice resetting the Motion to Dismiss Hearing to July 14, 2022 at 2:30pm. (ECF No. 71.)

3. In light of the Motion to Dismiss Hearing currently scheduled for July 14, 2022 and the Court's CMC Order instruction that the next Further Case Management Conference "take place two to three weeks after the hearing on the Motion to Dismiss" (ECF No. 60), the Parties respectfully request that the Court reschedule the Further Case Management Conference currently scheduled for July 13, 2022 and its related deadline (the Case Management Statement) to August 10, 2022 and August 3, 2022, respectively.

1      4.    The requested extension will not impact any other deadlines set by the Court.

2  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of July, 2022 in Niwot, Colorado.

By: /s/ Eve-Lynn J. Rapp