| | |
|---|---|
| Eve-Lynn Rapp (SBN 342892) | David C. Marcus (SBN 158704) |
| erapp@edelson.com | david.marcus@wilmerhale.com |
| Edelson PC | Wilmer Cutler Pickering Hale and Dorr LLP |
| 2101 Pearl Street | 350 South Grand Avenue, Suite 2400 |
| Boulder, Colorado 80302 | Los Angeles, California 90071 |
| Tel: 720.741.0076 | Tel.: (213) 443-5312 |
| Fax: 720.741.0081 | |
| | Allison Bingxue Que (SBN 324044) |
| Justin T. Berger (SBN 250346) | allison.que@wilmerhale.com |
| jberger@cpmlegal.com | Wilmer Cutler Pickering Hale and Dorr LLP |
| Saravenaz "Nazy" J. Fahimi (SBN 226148) | 2600 El Camino Real, Suite 400 |
| sfahimi@cpmlegal.com | Palo Alto, California 94306 |
| Cotchett, Pitre & McCarthy, LLP | Tel.: (650) 858-6000 |
| San Francisco Airport Office Center | |
| 840 Malcolm Road | Alan Schoenfeld (*pro hac vice*) |
| Burlingame, CA 94010 | alan.schoenfeld@wilmerhale.com |
| Telephone: (650) 697-6000 | Ryan Chabot (*pro hac vice*) |
| Facsimile: (650) 697-0577 | ryan.chabot@wilmerhale.com |
| | Wilmer Cutler Pickering Hale and Dorr LLP |
| Peter A. Muhic (*pro hac vice*) | 7 World Trade Center |
| pmuhic@bm.net | 250 Greenwich Street |
| Berger Montague PC | New York, New York 10007 |
| 1818 Market Street, Suite 3600 | Tel.: (212) 937-7294 |
| Philadelphia, Pennsylvania 19103 | |
| Tel: 215.875.4633 | *Attorneys for Defendant Tesla, Inc.* |

*Attorneys for Plaintiffs*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW AMANS and BABEK MALEK, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>*Defendant*. | Lead Case No. 3:21-cv-03577-VC<br><br>Consolidated with<br>Case No. 21-cv-03681-VC<br>Case No. 21-cv-05528-VC<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Hon. Vince Chhabria |

1   Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs and Defendant Tesla, Inc.
2   respectfully submit this Stipulation to Continue Further Case Management Conference. This
3   stipulated request is supported by the accompanying Declaration of Eve-Lynn J. Rapp.
4   WHEREAS, on March 16, 2022, the Court held a Further Case Management Conference
5   with the Parties, and subsequently ordered that the Parties "email the courtroom deputy . . . with
6   a date for the further case management conference, which should take place two to three weeks
7   after the hearing on the Motion to Dismiss" by no later than March 29, 2022, at 10:00 a.m. (the
8   "CMC Order"). (ECF No. 59 & 60.)
9   WHEREAS, at the time of the CMC Order, the hearing on Defendant's Motion to
10  Dismiss was scheduled to occur on June 23, 2022. (ECF No. 49.)
11  WHEREAS, on March 28, 2022, the Parties emailed Your Honor's courtroom deputy and
12  the Further Case Management Conference was scheduled for July 13, 2022. (ECF No. 61.) The
13  Parties were further instructed to submit a Case Management Statement by no later than July 6,
14  2022, seven days prior to the Further Case Management Conference. (*Id.*)
15  WHEREAS, on June 7, 2022, the Court entered a notice resetting the Hearing to July 14,
16  2022. (ECF No. 71.) As such, the Motion to Dismiss Hearing is now set for that date.
17  WHEREAS, in light of the Court's CMC Order instruction that the next Further Case
18  Management Conference "take place two to three weeks after the hearing on the Motion to
19  Dismiss," the Parties respectfully request that the Court reschedule the Further Case
20  Management Conference currently scheduled for July 13, 2022 and its related deadline (the Case
21  Management Statement) to August 10, 2022. This proposed Case Management Conference date
22  is four weeks after the Court's hearing on the Motion to Dismiss to accounts for counsels'
23  schedule conflicts on July 27th and August 3rd.
24  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** (subject to
25  the Court's order) that the Further Case Management Conference currently scheduled for July
26  13, 2022 and its related deadline (the deadline to submit the Case Management Statement) be
27  continued until August 10, 2022 and August 3, 2022, respectively.
28

1

1  Respectfully Submitted,

3  Dated: July 5, 2022                              Dated: July 5, 2022

4  /s/ Eve-Lynn Rapp                                /s/ David C. Marcus

6  Eve-Lynn Rapp (SBN 342892)                       David C. Marcus (SBN 158704)
   erapp@edelson.com                                david.marcus@wilmerhale.com
7  Edelson PC                                       Wilmer Cutler Pickering Hale and Dorr LLP
   2101 Pearl Street                                350 South Grand Avenue, Suite 2400
8  Boulder, Colorado 80302                          Los Angeles, California 90071
   Tel: 720.741.0076                                Tel.: (213) 443-5312
9  Fax: 720.741.0081

10 Rafey S. Balabanian (SBN 315962)                 Allison Bingxue Que (SBN 324044)
   rbalabanian@edelson.com                          allison.que@wilmerhale.com
11 Edelson PC                                       Wilmer Cutler Pickering Hale and Dorr LLP
12 150 California Street, 18th Floor                2600 El Camino Real, Suite 400
   San Francisco, California 94111                  Palo Alto, California 94306
13 Tel: (415) 212-9300                              Tel.: (650) 858-6000
   Fax: (415) 373-9435

15 Justin T. Berger (SBN 250346)                    Alan Schoenfeld (*pro hac vice*)
   jberger@cpmlegal.com                             alan.schoenfeld@wilmerhale.com
16 Saravenaz "Nazy" J. Fahimi (SBN 226148)          Ryan Chabot (*pro hac vice*)
   sfahimi@cpmlegal.com                             ryan.chabot@wilmerhale.com
17 Cotchett, Pitre & McCarthy, LLP                  Wilmer Cutler Pickering Hale and Dorr LLP
   San Francisco Airport Office Center              7 World Trade Center
18 840 Malcolm Road                                 250 Greenwich Street
   Burlingame, CA 94010                             New York, New York 10007
19 Telephone: (650) 697-6000                        Tel.: (212) 937-7294
20 Facsimile: (650) 697-0577
                                                    *Attorneys for Defendant Tesla, Inc.*
21 Peter A. Muhic (*pro hac vice*)
   pmuhic@bm.net
22 Berger Montague PC
23 1818 Market Street, Suite 3600
   Philadelphia, Pennsylvania 19103
24 Tel: 215.875.4633

25 *Attorneys for Plaintiffs*

|   |   |
|---|---|
| 1 | **ATTORNEY ATTESTATION** |
| 2 | I, Eve-Lynn Rapp, am the ECF User whose ID and password are being used to file this |
| 3 | Stipulation and accompanying proposed order. In compliance with Civil Local Rule 5-l(h)(3), I |
| 4 | hereby attest that concurrence in the filing of this document and all attachments has been |
| 5 | obtained from each signatory. |

Dated: July 5, 2022                             By:   /s/ Eve-Lynn Rapp

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Further Case Management Conference currently scheduled for July 13, 2022 is continued until August 10, 2022. The Parties are to submit a Joint Case Management Statement by no later than August 3, 2022.

**IT IS SO ORDERED.**

ENTERED: __July 8__, 2022

_____
Honorable Vince Chhabria
United States District Court

4