EVE-LYNN J. RAPP (SBN 342892)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0084
Fax: 720.741.0081

RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
YAMAN SALAHI (SBN 288752)
ysalahi@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW AMANS, and BABEK MALEK, individually and on behalf of all similarly situated individuals,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>TESLA, INC., a Delaware corporation,<br><br>　　　　　　　　*Defendant*. | Lead Case No. 3:21-cv-03577-VC<br><br>Consolidated with<br>Case No. 21-cv-03681-VC<br>Case No. 21-cv-05528-VC<br><br>Judge: Hon. Vince Chhabria<br><br>**NOTICE OF APPEARANCE OF YAMAN SALAHI** |

1  PLEASE TAKE NOTICE that Plaintiff Matthew Amans files this Notice of Appearance and hereby notifies the Court and all parties that Yaman Salahi for the law firm of Edelson PC, 150 California Street, 18th Floor, San Francisco, California 94111, enters his appearance as counsel of record for Plaintiff Matthew Amans in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at

Yaman Salahi
ysalahi@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Dated: August 3, 2022　　　　　　　　　　Respectfully submitted,

**MATTHEW AMANS**, individually and on behalf of all similarly situated individuals,

By: /s/ Yaman Salahi

RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
J. AARON LAWSON (SBN 319306)
alawson@edelson.com
YAMAN SALAHI (SBN 288752)
ysalahi@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

EVE-LYNN J. RAPP (SBN 342892)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0084
Fax: 720.741.0081