Eve-Lynn Rapp (SBN 342892)
erapp@edelson.com
Edelson PC
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0076
Fax: 720.741.0081

Justin T. Berger (SBN 250346)
jberger@cpmlegal.com
Saravenaz "Nazy" J. Fahimi (SBN 226148)
sfahimi@cpmlegal.com
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Peter A. Muhic (*pro hac vice*)
pm@millerlawpc.com
The Miller Law Firm, P.C.
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: 248-841-2200
Facsimile: 248.652.2852

*Attorneys for Plaintiffs*

[additional counsel listed on signature page]

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel.: (213) 443-5312

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
Ryan Chabot (*pro hac vice*)
ryan.chabot@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 937-7294

*Attorneys for Defendant Tesla, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW AMANS and BABEK MALEK, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 3:21-cv-03577-VC<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT STIPULATION TO STAY CASE PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Hon. Vince Chhabria |

Plaintiffs Matthew Amans and Babek Malek and Defendant Tesla, Inc. (collectively, the "Parties"), by and through their undersigned counsel, respectfully provide notice to the Court that the Parties have reached an agreement in principle to resolve the above-captioned matter on a class-wide basis. Therefore, pursuant to the Civil Local Rules and Your Honor's Standing Orders, the Parties respectfully move the Court to stay all deadlines in this case pending preliminary and final approval of the forthcoming settlement. In support of the joint motion, the Parties state as follows:

1. Following over a year of discussions and the engagement of mediator Robert A. Meyer, Esq. of JAMS, the Parties have reached an agreement in principle to resolve this litigation on a class-wide basis that will provide meaningful relief to the class.

2. Because the Parties are now working diligently to draft, finalize, and execute a written settlement agreement reflecting that agreement, the Parties respectfully request that the Court stay all case deadlines pending preliminary and final approval of the forthcoming settlement. This includes Plaintiffs' May 8, 2023 deadline to move for class certification, and the related class certification briefing deadlines. (*See generally*, Dkt. 87.)

3. Plaintiffs anticipate that they will move for preliminary approval of the forthcoming settlement agreement no later than June 12, 2023.

4. The relief requested herein will not unduly delay this case or prejudice any party, nor is it made for any improper purpose. Rather, the request is made jointly by the Parties and in a timely manner. For this reason, good cause exists to grant the requested stay. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) ("requests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'") (quoting 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

WHEREFORE, the Parties respectfully and jointly request that the Court enter an order (i) staying the current case schedule and all related deadlines and (ii) setting the deadline for Plaintiffs to move for preliminary approval of the forthcoming class action settlement on June 12, 2023.

-1-

NOTC. OF SETTLEMENT IN PRINCIPLE AND JOINT STIP.    Case No. 3:21-cv-03577-VC (lead case)
TO STAY CASE PENDING MTN. FOR PRELIM. APPROVAL

-2-

| | |
|---|---|
| Dated: May 1, 2023 | Dated: May 1, 2023 |
| /s/ Eve-Lynn J. Rapp | /s/ Alan Schoenfeld |
| Eve-Lynn Rapp (SBN 342892)<br>erapp@edelson.com<br>Edelson PC<br>2101 Pearl Street<br>Boulder, Colorado 80302<br>Tel: 720.741.0076<br>Fax: 720.741.0081 | David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel.: (213) 443-5312 |
| Rafey S. Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>J. Aaron Lawson (SBN 319306)<br>alawson@edelson.com<br>Yaman Salahi SBN 288752)<br>ysalahi@edelson.com<br>Edelson PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435 | Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel.: (650) 858-6000<br><br>Alan Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>Ryan Chabot (*pro hac vice*)<br>ryan.chabot@wilmerhale.com<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel.: (212) 937-7294 |
| Justin T. Berger (SBN 250346)<br>jberger@cpmlegal.com<br>Saravenaz "Nazy" J. Fahimi (SBN 226148)<br>sfahimi@cpmlegal.com<br>Cotchett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 | *Attorneys for Defendant Tesla, Inc.* |
| Peter A. Muhic (*pro hac vice*)<br>pm@millerlawpc.com<br>The Miller Law Firm, P.C.<br>950 W. University Dr., Suite 300<br>Rochester, MI 48307<br>Tel: 248-841-2200<br>Facsimile: 248.652.2852 | |
| *Attorneys for Plaintiffs* | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Eve-Lynn Rapp, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of May, 2023 at Boulder, Colorado.

/s/    Eve-Lynn J. Rapp

-3-

NOTC. OF SETTLEMENT IN PRINCIPLE AND JOINT STIP.                           Case No. 3:21-cv-03577-VC (lead case)
TO STAY CASE PENDING MTN. FOR PRELIM. APPROVAL

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The case is hereby stayed. Plaintiffs' deadline to file their motion for preliminary approval is June 12, 2023.

DATED: May 2, 2023

_____
The Honorable Vince Chhabria
United States District Court Judge

-4-

Notc. of Settlement in principle and Joint Stip.    Case No. 3:21-cv-03577-VC (lead case)
To Stay Case Pending Mtn. for Prelim. Approval