1  Eve-Lynn Rapp (SBN 342892)
   erapp@edelson.com
2  Edelson PC
   2101 Pearl Street
3  Boulder, Colorado 80302
   Tel: 720.741.0076
4  Fax: 720.741.0081

5  Justin T. Berger (SBN 250346)
6  jberger@cpmlegal.com
   Saravenaz "Nazy" J. Fahimi (SBN 226148)
7  sfahimi@cpmlegal.com
   Cotchett, Pitre & McCarthy, LLP
8  San Francisco Airport Office Center
9  840 Malcolm Road
   Burlingame, CA 94010
10 Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
11
   Peter A. Muhic (*pro hac vice*)
12 pm@millerlawpc.com
   The Miller Law Firm, P.C.
13 950 W. University Dr., Suite 300
   Rochester, MI 48307
14 Tel: 248-841-2200
15 Facsimile: 248.652.2852

16 *Attorneys for Plaintiffs*

17 **[additional counsel listed on signature page]**

18

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel.: (213) 443-5312

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
Ryan Chabot (*pro hac vice*)
ryan.chabot@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 937-7294

*Attorneys for Defendant Tesla, Inc.*

19     **UNITED STATES DISTRICT COURT**
20     **NORTHERN DISTRICT OF CALIFORNIA**
       **SAN FRANCISCO DIVISION**

21 MATTHEW AMANS and BABEK MALEK,
   individually and on behalf of all similarly
22 situated individuals,

23          *Plaintiffs,*

24      v.

25 TESLA, INC., a Delaware corporation,

26          *Defendant.*

27

28

Case No. 3:21-cv-03577-VC

**JOINT STIPULATION TO EXTEND
DEADLINE TO FILE MOTION
SEEKING PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT AGREEMENT;
[~~PROPOSED~~] ORDER**

Hon. Vince Chhabria

---

1    Plaintiffs Matthew Amans and Babek Malek and Defendant Tesla, Inc. (collectively, the

2 "Parties"), by and through their undersigned counsel, respectfully move the Court for an order

3 extending the deadline to file a motion seeking preliminary settlement approval. In support of their

4 Stipulation, the Parties state as follows:

5    1.    On May 1, 2023, the Parties filed a joint notice informing the Court that the Parties

6 had reached an agreement in principle to resolve the above-captioned matter on a class-wide basis.

7 (Dkt. 93.) At that time, the Parties also requested that the Court stay all deadlines in the case

8 pending preliminary and final approval of the forthcoming settlement and requested that the Court

9 set Plaintiffs' deadline to move for preliminary approval to June 12, 2023, which the Court

10 ultimately granted. (Dkts. 93 & 94, respectively.)

11    2.    On May 3, 2023, Plaintiffs' counsel sent Defendant's counsel an initial draft of the

12 proposed settlement agreement, which defense counsel has been reviewing with their client in

13 order to provide comments and feedback. In the meantime, Plaintiffs' counsel has reached out to,

14 obtained, and reviewed bids from potential settlement administrators and drafted the necessary

15 settlement related documents (e.g., proposed notice documents). The Parties have also been

16 conferring regarding the proposed settlement process and documents.

17    3.    While the Parties hope to finalize the settlement and the related documents in the

18 upcoming weeks, they anticipate that they will not be able to do so by Plaintiffs' June 12, 2023

19 deadline to move for preliminary approval.

20    4.    As such, the Parties are respectfully seeking a 14-day extension of the June 12,

21 2023 deadline, up to and including June 26, 2023, in order to finalize the settlement agreement, the

22 related notice documents, and the preliminary approval papers.

23    5.    The relief requested herein will not unduly delay this case or prejudice any party,

24 nor is it made for any improper purpose. Rather, the request is made jointly by the Parties and in a

25 timely manner. For this reason, good cause exists to grant the requested stay. *See Ahanchian v.*

26 *Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) ("requests for extensions of time made

27 before the applicable deadline has passed should 'normally . . . be granted in the absence of bad

28    -1-

1  faith on the part of the party seeking relief or prejudice to the adverse party.'") (quoting 4B

2  Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

3        WHEREFORE, the Parties respectfully and jointly request that the Court enter an order

4  extending the June 12, 2023 deadline for Plaintiffs to file their motion for preliminary approval to

5  June 26, 2023.

6

7  Dated: June 6, 2023                   Dated: June 6, 2023

8  /s/ Eve-Lynn Rapp                 /s/ Alan Schoenfeld

9

10  Eve-Lynn Rapp (SBN 342892)        David C. Marcus (SBN 158704)
erapp@edelson.com                  david.marcus@wilmerhale.com

11  Edelson PC                        Wilmer Cutler Pickering Hale and Dorr LLP
2101 Pearl Street                  350 South Grand Avenue, Suite 2400

12  Boulder, Colorado 80302            Los Angeles, California 90071
Tel: 720.741.0076                  Tel.: (213) 443-5312

13  Fax: 720.741.0081

14  Rafey S. Balabanian (SBN 315962)      Allison Bingxue Que (SBN 324044)
rbalabanian@edelson.com            allison.que@wilmerhale.com

15  J. Aaron Lawson (SBN 319306)        Wilmer Cutler Pickering Hale and Dorr LLP
alawson@edelson.com                2600 El Camino Real, Suite 400

16  Yaman Salahi SBN 288752)          Palo Alto, California 94306
ysalahi@edelson.com                Tel.: (650) 858-6000

17  Edelson PC

18  150 California Street, 18th Floor       Alan Schoenfeld (*pro hac vice*)
San Francisco, California 94111       alan.schoenfeld@wilmerhale.com

19  Tel: 415.212.9300                 Ryan Chabot (*pro hac vice*)
Fax: 415.373.9435                ryan.chabot@wilmerhale.com

20                                     Wilmer Cutler Pickering Hale and Dorr LLP

21  Justin T. Berger (SBN 250346)        7 World Trade Center
jberger@cpmlegal.com              250 Greenwich Street

22  Saravenaz "Nazy" J. Fahimi (SBN 226148)   New York, New York 10007
sfahimi@cpmlegal.com              Tel.: (212) 937-7294

23  Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center      *Attorneys for Defendant Tesla, Inc.*

24  840 Malcolm Road

25  Burlingame, CA 94010
Telephone: (650) 697-6000

26  Facsimile: (650) 697-0577

27  Peter A. Muhic (*pro hac vice*)

28  pm@millerlawpc.com               -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Miller Law Firm, P.C.
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: 248-841-2200
Facsimile: 248.652.2852

*Attorneys for Plaintiffs*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Eve-Lynn Rapp, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of June, 2023 at Boulder, Colorado.

/s/      Eve-Lynn Rapp

-3-

1

**[~~PROPOSED~~] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3

   Plaintiffs' deadline to file their motion for preliminary approval is extended from June 12,

4

2023 to June 26, 2023.  <span style="color:red">No further extensions will be granted.</span>

5

6

DATED:  <u>June 7, 2023</u>

7

8

_____

9

The Honorable Vince Chhabria
United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-