1    Eve-Lynn Rapp (SBN 342892)
     erapp@edelson.com
2    Edelson PC
     2101 Pearl Street
3    Boulder, Colorado 80302
     Tel: 720.741.0076
4    Fax: 720.741.0081

5    Justin T. Berger (SBN 250346)
     jberger@cpmlegal.com
6    Sarvenaz "Nazy" J. Fahimi (SBN 226148)
     sfahimi@cpmlegal.com
7    Cotchett, Pitre & McCarthy, LLP
     San Francisco Airport Office Center
8    840 Malcolm Road,
     Burlingame, CA 94010
9    Telephone: (650) 697-6000
     Facsimile: (650) 697-0577
10
     Peter A. Muhic (*pro hac vice*)
11   pm@millerlawpc.com
     The Miller Law Firm, P.C.
12   950 W. University Dr., Suite 300
     Rochester, MI 48307
13   Tel: 248-841-2200
     Facsimile: 248.652.2852
14
     *Attorneys for Plaintiffs*

     David C. Marcus (SBN 158704)
     david.marcus@wilmerhale.com
     Wilmer Cutler Pickering Hale and Dorr LLP
     350 South Grand Avenue, Suite 2400
     Los Angeles, California 90071
     Tel.: (213) 443-5312

     Allison Bingxue Que (SBN 324044)
     allison.que@wilmerhale.com
     Wilmer Cutler Pickering Hale and Dorr LLP
     2600 El Camino Real, Suite 400
     Palo Alto, California 94306
     Tel.: (650) 858-6000

     Alan Schoenfeld (*pro hac vice*)
     alan.schoenfeld@wilmerhale.com
     Ryan Chabot (*pro hac vice*)
     ryan.chabot@wilmerhale.com
     Wilmer Cutler Pickering Hale and Dorr LLP
     7 World Trade Center
     250 Greenwich Street
     New York, New York 10007
     Tel.: (212) 937-7294

     *Attorneys for Defendant Tesla, Inc.*

15

16

17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

18

19

| | |
|---|---|
| MATTHEW AMANS, and BABAK MALEK, individually and on behalf of all similarly situated individuals, | Case No. 3:21-cv-03577-VC |
| *Plaintiffs,* | Hon. Vince Chhabria |
| v. | **CLASS ACTION SETTLEMENT AGREEMENT ADDENDUM** |
| TESLA, INC., a Delaware corporation, | |
| *Defendant.* | |

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 09FB6927-585A-40FE-B767-3AF4EA4483BG

Plaintiffs Matthew Amans and Babak Malek ("Plaintiffs"), for themselves individually and on behalf of the Settlement Class, and Tesla, Inc. ("Defendant" or "Tesla") (collectively, the "Parties"), hereby submit this Addendum to the Class Action Settlement Agreement executed by the Parties on June 26, 2023 ("Settlement Agreement" or "Agreement"), pursuant to Section 10.9 of the Settlement Agreement. The Settlement Agreement, along with this Addendum, is intended by the Parties to fully, finally, and forever resolve, discharge, and settle the Released Claims upon and subject to the terms and conditions hereof, and is subject to the approval of the Court. In support of this Addendum, the Parties state as follows:

Whereas, on June 26, 2023, the Parties filed a Motion for Preliminary Approval of Class Action Settlement Agreement seeking preliminary approval of the Settlement Agreement. (Dkt. 98.) Section 7.2 of the Settlement Agreement states that "Tesla has provided Plaintiffs with data as on April 24, 2023, regarding the approximate size of the Settlement Class (approximately 8,200), the number of cancelled contracts (approximately 5,740), the number of contracts completed at the original price (approximately 1,640), the number of Class Members scheduled to have the Solar Roof installed at the original price (approximately 82), and the number of Class Members who have not responded to Tesla since the April 2021 price increase (approximately 738), and amounts paid to certain Class cover certain listed out-of-pocket losses." (Settlement Agreement ¶ 7.2.)

Whereas, while preparing CAFA Notice pursuant to 28 U.S.C. § 1715, Tesla collected and then provided to Plaintiffs updated data regarding the approximate size and statuses of the Settlement Class. As a result, the Parties hereby revise Section 7.2 of the Settlement, to state: "Tesla has provided Plaintiffs with data as of June 29, 2023, regarding the approximate size of the Settlement Class (approximately 8,636), the number of cancelled contracts (approximately 6,307), the number of contracts completed at the original price (approximately 1,656), the number of Class Members scheduled to have the Solar Roof installed at the original price (approximately 57), and the number of Class Members who are neither canceled nor have been scheduled for installation (approximately 616), and amounts paid to certain Class Members to cover certain listed out-of-pocket losses ."

Whereas, in order to address the increase of approximately 436 individuals to the estimated size of Settlement Class, Tesla has agreed to increase the Settlement Fund to $6,080,000.00. As such, the Parties hereby revise Section 1.32 of the Settlement to state: ""**Settlement Fund**" means the non-reversionary cash settlement fund that shall be paid by the Defendant into the Escrow Account within fourteen (14) days of Preliminary Approval in the amount of six million Dollars ($6,080,000.00), plus all interest earned thereon. Payments to Class Members from the Settlement Fund shall be allocated, subject to increase as described in Section 2, below, as follows: (1) an "Automatic Payment Fund of $863,600; (2) a "New Contract Roof Installation Fund" of $2,220,000; and (3) an "Out-of-Pocket Loss Fund" of $1,406,400. The Settlement Fund shall satisfy all monetary obligations of Defendant under this Settlement Agreement, including the Fee Award, Settlement Administration Expenses, Automatic Settlement Payments, Out-of-Pocket Loss Payments, or Increased Installation Cost Payment, to the Settlement Class Members, any service award, and any other payments or other monetary obligations contemplated by this Agreement. In no event shall Defendant be required to pay more than the amount of six million dollars ($6,080,000.00). In no event shall any amount paid by Defendant into the Escrow Account revert to Defendant."

Whereas, no further modifications are being made to the Settlement at this time.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

1

2    Dated: 7/3/2023

3

4

5

6    Dated: 7/5/23

7

8

9    Dated: 7/3/23

10

11

12

13

14   Dated: 7/10/2023

15

16

17

18

19

20   Dated: 7/10/2023

21

22

23

24

25

26

27

28

**MATTHEW AMANS**

By (signature): Matthew Amans

Name (printed): Matthew Amans

**BABAK MALEK**

By (signature): [signature]

Name (printed): Babak Malek

**EDELSON PC**

By (signature): Eve-Lynn J. Rapp

Name (printed): Eve-Lynn J. Rapp

Its (title): Partner

**TESLA, INC.**

By (signature): Nathaniel Smith

Name (printed): Nathaniel Smith

Its (title): Associate General Counsel, Litigation

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By (signature): Alan Schoenfeld

Name (printed): Alan Schoenfeld

Its (title): Partner

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

Dated: July 10, 2023              By: /s/ *Eve-Lynn J. Rapp*_____
                                                    Eve-Lynn J. Rapp

**ATTORNEY ATTESTATION**

I hereby attest that pursuant to N.D. Cal. Civil L.R. 5-l(h)(3), I have obtained authorization from the above signatories to file the above-referenced document, and that the above signatory concurs in the filing's content.

Dated: July 10, 2023              By: /s/ *Eve-Lynn J. Rapp*_____
                                                    Eve-Lynn J. Rap