EVE-LYNN J. RAPP (SBN 342892)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0084

PETER A. MUHIC (*pro hac vice*)
pm@millerlawpc.com
**THE MILLER LAW FIRM, PC**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: 248.841.2200
Fax: 248.652.2852

*Counsel for Plaintiffs*

*Additional counsel listed on signature page*

SARVENAZ J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Fax: 720.741.0081
Telephone: 650.697.6000
Faximile: 650.697.0577

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW AMANS, and BABEK MALEK, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>*Defendant*. | Lead Case No. 3:21-cv-03577-VC<br><br>Consolidated with<br>Case No. 21-cv-03681-VC<br>Case No. 21-cv-05528-VC<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES RE: PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Vince Chhabria |

Plaintiffs Matthew Amans and Babek Malek ("Plaintiffs") on behalf of themselves and all members of the Class, hereby respectfully move this Court for an order permitting them to file *instanter* a brief in support of their Renewed Motion for Preliminary Approval of a Class Action Settlement in excess of 25 pages. In support, Plaintiffs state as follows:

1.      The Court's standing order limits the instant motion to 25 pages. Plaintiffs submit that good cause exists to permit Plaintiffs to file a motion of 35 pages.

2.      Review of class action settlements requires a rigorous and detailed analysis by the Court of the fairness of the settlement to absent class members. In order to provide the Court with all of the information required by that analysis, as elucidated by Ninth Circuit precedent and by this District's *Procedural Guidance for Class Action Settlements*, Plaintiffs require more than the 25 pages allotted by this Court's standing order.

3.      Moreover, the memorandum in support of preliminary approval is the key source of information for absent class members who wish to gauge for themselves the fairness, reasonableness, and adequacy of the settlement. In order to provide class members with the information they need, Plaintiffs require more than the 25 pages allotted by this Court's standing order. *See* Standing Order for Civil Cases Before Judge Vince Chhabria ¶ 51 (permitting twenty-five pages for preliminary approval briefs, but noting that "if the parties believe they need more space to adequately explain the basis for a class action settlement, this is the one type of brief for which a request for additional pages is likely to be granted").

4.      Plaintiffs submitted their initial 26- page motion for preliminary approval on June 26, 2023, after the Court approved a similar request for relief. (Dkt. 99.) The Court subsequently asked for additional information to support the Settlement (Dkt. 107), which now requires an additional 10 pages.

5.      Plaintiffs do not seek this relief for any improper purpose and have worked to minimize the number of excess pages required.

6.      Prior to the filing of this motion, Plaintiffs met and conferred with Defendant, who does not oppose the relief sought.

PLAINTIFFS' UNOPPOSED MOTION FOR                    CASE NO. 3:21-cv-3577-VC
LEAVE TO FILE EXCESS PAGES

WHEREFORE, Plaintiffs respectfully request an order permitting them to file *instanter* a brief in support of their Renewed Motion for Preliminary Approval of a Class Action Settlement in excess of 25 pages.

Respectfully Submitted,

**MATTHEW AMANS** and **BABAK MALEK**, individually and on behalf of all similarly situated individuals,

DATED: September 7, 2023

/s/ Eve-Lynn J. Rapp
EVE-LYNN J. RAPP (SBN 342892)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0084
Fax: 720.741.0081

JOHN AARON LAWSON (SBN 319306)
alawson@edelson.com
YAMAN SALAHI (SBN 288752)
ysalahi@edelson.com
RAFEY S. BALABANIAN (SBN 315962)
rbalabanian@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.212.9300
Fax: 415.373.9435

SARVENAZ J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Tel: 650.697.6000
Fax: 650.697.0577

PETER A. MUHIC (*pro hac vice*)
pm@millerlawpc.com
**THE MILLER LAW FIRM, PC**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: 248.841.2200
Fax: 248.652.2852

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiffs*