

January 2, 2024

Class Action Clerk
U.S. District Court for the Northern District of California
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Clerk of Court and Honorable Vince Chhabria,

I am a Class Member in *Amans et al. v. Tesla, Inc.* No. 3:21-cv-03577-VC (N.D. Cal.), and I am in receipt of the Notice of Settlement. I am writing to state my personal objection to the Proposed Settlement.

I contracted for a Tesla Solar Roof in October 2020 with an original contract price of approximately $53,000. In my original quote, Tesla agreed to install my Solar Roof within a year (i.e., by October 2021). Like other Class Members, I received a notice of price increase (to approximately $80,000) in April 2021. In May 2021, when I rejected Tesla's attempt to arbitrarily increase my contract price (in contravention of the contract), they unilaterally canceled my contract, leaving me scrambling.

The roof on my home is twenty-four years old. I need a new one. When I contracted with Tesla for the Solar Roof, I knew that renewing my insurance might soon be an issue without a new roof. That's why I contracted for a new one. I am also very conscious of my carbon footprint, so I want a Solar Roof. In reliance on Tesla's promises, I expected to have a new roof in time for my homeowner's insurance to be renewed in 2021.

Due to Tesla's misconduct, I still do not have a new roof. Not only that, but on December 1, 2021, I received a notice of non-renewal of my homeowners' insurance policy. I was advised by my agent that it would be almost impossible for me to get a new policy without a replacement roof. While it is true that I could have attempted to obtain an alternative solar roof, I had already contracted with Tesla for the exact roof that I wanted. And they had agreed to install the roof by October 2021, months before my policy was non-renewed. Additionally, in the interim months (when Tesla repeatedly delayed and failed to install my roof) prices had increased. I relied on Tesla, and they lied to me.

In February 2022, I accepted Tesla's offer (pursuant to the Settlement Agreement) to renew the original contract pricing. The scope of the scope project was altered slightly such that the new agreement was for a Solar Roof for approximately $64,000. Inexplicably, Tesla took nearly a full year to finalize my new contract; I received the contract in January 2023. In February 2023, Tesla applied for a new building permit for my roof. Since then, nothing has happened. In July 2023, a Tesla project manager told me that there is "no timeline for commencement." He suggested that if I want the roof installed, I should negotiate a new contract with a certified installer. This would likely cost me twice as much. According to internet news sources, Tesla has

largely ceased installations of the Solar Roof, and has transferred all installs to third party certified contractors.

The proposed Settlement Agreement is grossly inadequate because it purports to offer me $100, plus the same deal that I had three years ago. However, Section 2.4(c) seems to also allow Tesla to unilaterally cancel even the newly negotiated replacement contract, and walk away by merely paying me $100. $100 is nothing compared to the delays and uncertainty I have suffered through. Moreover, 2.4(c) contradicts the intent of the Settlement Agreement, which purports to requiring Tesla to honor their original Solar Roof contracts. From the motion papers, it appears that were approximately 80 other class members similarly situated to me as of the date of the Agreement. Each of those class members is also not benefited by this Agreement.

For more than three years, Tesla has been in breach of my contract. They have failed to adequately communicate with me, they have repeatedly made misrepresentations to me, and I have no faith that they will ever install my Solar Roof. Tesla should be required to provide a reasonable date certain for completion of my contract with penalties for non-compliance. Alternatively, if Tesla cannot fulfill my contract, Tesla should compensate me for the additional cost of installation by a Tesla certified third party installer.

On top of these problems, I have been left without homeowners' insurance for two years, and when Tesla inevitably fails again to install my Solar Roof, I will be forced to look for a replacement at today's (much higher) market pricing. Thankfully, I have not been the victim of any natural disasters or other insurable events in the interim, but there may be other class members who have not been so lucky.

For all these reasons, and more, the Settlement Agreement is inadequate. At a minimum, Tesla should be required to commit to a date certain of installation for each Class Member, and each Class Member should have the option of contracting with a third-party certified Tesla installer at the original contract price. Class Members have no reason to have faith that Tesla will comply with the terms of the Settlement Agreement, and should not be forced to sit around and wait for Tesla to fail again.

I humbly request to appear at the March 7, 2024 Settlement Hearing via Zoom and further explain and address my objections to the Court.

Respectfully Yours,

Bruce Humphrey
2065 Windward Way
Vero Beach, FL 32963

HUMPHREY
2065 WINDWARD WAY
VERO BEACH, FL 32963

HARRISBURG PA 171
2 JAN 2024 PM 3 L

CLASS ACTION CLERK
US DISTRICT COURT FOR
NORTHERN DISTRICT OF CA.
PHILLIP BURTON FEDERAL BLDG
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102
94102-348999

RECEIVED
JAN 09 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA