EVE-LYNN J. RAPP (SBN 342892)
erapp@edelson.com
**EDELSON PC**
2101 Pearl Street
Boulder, Colorado 80302
Tel: 720.741.0084
Fax: 720.741.0081

SARVENAZ J. FAHIMI (SBN 226148)
sfahimi@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: 650.697.6000
Fax: 650.697.0577

PETER A. MUHIC (*pro hac vice*)
pm@millerlawpc.com
**THE MILLER LAW FIRM, PC**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: 248.841.2200
Fax: 248.652.2852

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW AMANS, and BABAK MALEK, individually and on behalf of all similarly situated individuals,<br><br>*Plaintiffs,*<br><br>v.<br><br>TESLA, INC., a Delaware corporation,<br><br>*Defendant.* | Lead Case No. 3:21-cv-03577-VC<br><br>Consolidated with:<br>Case No. 21-cv-03681-VC<br>Case No. 21-cv-05528-VC<br><br>Hon. Vince Chhabria<br><br>[PROPOSED] **FINAL JUDGMENT** |

On March ___8___, 2024, the Court signed and entered its Order Granting Final Approval of Class Action Settlement Pursuant to Federal Rule of Civil Procedure 23(e)(2) and Motion for Attorneys' Fees, Costs and Service Awards in the above-captioned matter as to the following class of persons:

> all persons with whom Tesla entered into a contract for the purchase and/or installation of a Solar Roof with or without a Powerwall energy storage system in the United States and whom Tesla notified, in or around April 2021, would be required to pay an increased price as a condition for performance of the contract.

Excluded from the Settlement Class are (a) any Judge or Magistrate presiding over this action and members of their families; (b) Defendant, Defendant's subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest and its current or former employees, officers and directors; (c) persons who properly execute and file a timely request for exclusion from the Settlement Class; and (d) the legal representatives, successors, and assigns of any such excluded persons.

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as to the Settlement Class and the Settlement Class Representatives Matthew Amans and Babak Malek, on the terms and conditions of the Settlement Agreement and the Court's Final Approval Order.

1. For purposes of this Order, the Court adopts the terms and definitions set forth in the Settlement Agreement unless otherwise defined in the Preliminary Approval Order or Final Approval Order.

2. Payments to Settlement Class Members shall be made as outlined in the Settlement Agreement as approved by the Court in the Final Approval Order.

3. Upon the Effective Date, the Releasing Parties, each of them, shall be deemed to have been released, and by operation of this Final Judgment shall have, fully, finally, and forever, released, relinquished, and discharged all Released Claims against each and every one of the Released Parties.

4. The only outstanding matters in this action are the post-judgment accounting and Class Counsel's future request to release the remaining attorneys' fees. The Parties understand

1  that the Court does not intend for the post-judgment accounting or Class Counsel's future request
2  to release the remaining attorneys' fees to render its Order non-final or delay the entry of
3  judgment.
4      5.    This Action is therefore settled and dismissed on the merits with prejudice.
5      6.    Without affecting the finality of this Judgment, the Court reserves jurisdiction
6  over the Settlement Class Representatives, the Settlement Class, Class Counsel, and Defendant
7  as to all matters concerning administration, consummation, and enforcement of the Settlement
8  Agreement.

**IT IS SO ORDERED.**

Dated this __8__ day of ____March____, 2024

_____
Hon. Vince Chhabria
United States District Judge